IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:11MJ229
                                         3:11MJ230
SEALED DOCUMENT :

                                :

ORDER UNSEALING APPLICATIONS, SEARCH WARRANTS
SUPPORTING AFFIDAVITS AND RETURNS

IT IS HEREBY ORDERED that the Applications, Search Warrants, Supporting Affidavits and Returns to the above Applications for Search Warrants sealed by the order of this court, be unsealed by the Clerk of Courts.

DATE: August 7, 2012

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE